IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN O. BAINE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     VS. | )   CV NO. 04-4154-JPG |
| | ) |
| **ILLINOIS CENTRAL RAILROAD** | ) |
| **COMPANY, a/k/a Canadian National/** | ) |
| **Illinois Central Railroad,** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

    The Court having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    Dated:   September 2, 2005

                                                  **NORBERT JAWORSKI, CLERK**

                                                **by: s/Deborah Agans**
                                                **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                   **U. S. DISTRICT JUDGE**